# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Timothy Gerald Martin,              :

                 Appellant    :

                                :

      v.                          :       No. 1331 C.D. 2015

                                :

Commonwealth of Pennsylvania,    :

Department of Transportation,      :

Bureau of Driver Licensing        :

## O R D E R

NOW, August 26, 2016, upon consideration of appellant's application for reconsideration, the application is denied.

 

 

MARY HANNAH LEAVITT,
President Judge